## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

JAMES W. HARRISON and
CLAIRE HARRISON,
     Plaintiffs,

                                    Case No.:

vs.

TRUIST BANK,
     Defendant.
_____/

## **COMPLAINT**

     Plaintiffs, JAMES W. HARRISON and CLAIRE HARRISON, hereby sue

Defendant, TRUIST BANK ("Truist"), and state as follows:

## **INTRODUCTION**

     1.    This is an action predicated on Truist's attempt to collect an illegitimate

debt from Plaintiffs. Plaintiffs bring three counts arising under 15 U.S.C. Chapter

41: (i) violation of the Fair Credit Billing Act, 15 U.S.C. § 1666; (ii) violation of the

Electronic Funds Transfer Act, 15 U.S.C. § 1693; and (iii) violation of the Fair Credit

Reporting Act, 15 U.S.C. § 1681. Plaintiffs also bring several related Florida state

law claims: (iv-v) violations of the Florida Consumer Collection Protection Act

under Chapter 559, Florida Statutes; (vi) Declaratory Judgment under Chapter 86,

Florida Statutes; and (vii) negligence.

**PARTIES**

2.      Plaintiff James Harrison resides in Bainbridge, Georgia. Plaintiff Claire Harrison resides in Tallahassee, Florida.

3.      Truist is a North Carolina corporation that is authorized to transact business within the state of Florida. Truist provides banking, lending, and other financial services throughout the country and the state of Florida.

**JURISDICTION AND VENUE**

4.      This Court has jurisdiction over Plaintiffs' federal law claims pursuant to 28 U.S.C. § 1331. This Court has jurisdiction over Plaintiffs' related state law claims pursuant to 28 U.S.C. § 1367.

5.      This Court has personal jurisdiction over Truist because Truist maintains offices and conducts business in this district, thereby establishing minimum contacts with this forum such that the exercise of jurisdiction over Truist would not offend traditional notions of fair play and substantial justice.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because Truist is deemed to reside in this district. Venue is also proper pursuant to 28 U.S.C. § 1391(b)(2) because many of the events or omissions giving rise to Plaintiffs' claims occurred in this district.

## GENERAL ALLEGATIONS

7.     Plaintiff James Harrison was the holder of a Truist Bank credit card, account ending in 1213 (the "Credit Card"). Plaintiff Claire Harrison was the co-signer on the Credit Card.

8.     The Credit Card had a limit of $25,000.00.

9.     Plaintiffs also maintained checking and savings accounts with Truist.

10.    On June 6, 2023, Plaintiffs were the victims of a fraudulent scheme wherein scammers impersonating Truist representatives gained access to the Credit Card and made the following unauthorized charges (the "Fraudulent Charges"):

| Merchant Name | Amount |
|---|---|
| Midtown Mesk Deyaar DE | $9,530.55 |
| Sastaticket PK | $637.65 |
| Midtown Mesk Deyaar DE | $8,169.04 |
| Outfitters | $298.29 |
| Daraz | $30.86 |
| Limelight | $148.74 |
| Midtown Mesk Deyaar DE | $5,446.03 |
| | **$24,261.16** |

11.    The Fraudulent Charges were made to merchants in the United Arab Emirates and Pakistan and totaled just under the $25,000.00 credit limit.

3

12.    Also on June 6, 2023, an unauthorized transfer of $4,300.00 was made from Plaintiffs' savings account to their checking account (the "Unauthorized Transfer").

13.    Upon realizing the scam, on June 6, 2023 (the same day it occurred), Plaintiffs called Truist to report the Fraudulent Charges.

14.    On the June 6, 2023, call, Truist representatives advised Plaintiffs that, days prior, Truist received an unauthorized request to increase the limit on the Credit Card by $11,000.00.

15.    Plaintiffs did not request an increase to the limit on the Credit Card.

16.    Truist failed to verify that Plaintiffs had made the request or otherwise notify Plaintiffs of the request.

17.    If Truist had notified Plaintiffs of the unauthorized request to increase the limit on the Credit Card, Plaintiffs could have taken preventative action to protect the Credit Card account prior to the Fraudulent Charges being made.

18.    On June 7, 2023, the day after the Fraudulent Charges were made, two different Truist representatives from two different Truist branches advised Plaintiffs that, on the date of the Fraudulent Charges, the Credit Card account had been accessed by different users from different operating systems.

19.     On the date of the Fraudulent Charges, Plaintiff James Harrison had only accessed the account from his cellphone and Plaintiff Claire Harrison had not accessed the account at all.

20.     Truist initially removed the Fraudulent Charges from the Credit Card statement.

21.     However, on July 12, 2023, Plaintiffs received a letter, from Truist stating: "Our investigation revealed that the transaction(s) are valid and your case is being denied for the following reason: Based on the information in the claim, we have not been able to determine that the transaction(s) were fraudulent . . . You are responsible for this transaction(s) and any applicable fees and finance charges." A true and correct copy of the July 12, 2023, letter from Truist is attached as **Exhibit A**.

22.     The Fraudulent Charges were thereafter added back to the Credit Card statement.

23.     From that date forward, Plaintiffs continued to dispute the Fraudulent Charges, offering more and more evidence of their illegitimacy.

24.     Truist, however, routinely stood by its initial, conclusory decision to deny the claim, never offering any reasons for the denial or otherwise detailing the "investigation" allegedly conducted, and never responding to or acknowledging the substantial evidence that Plaintiffs presented.

25. On July 17, 2023, Plaintiffs sent Truist written correspondence disputing the reinstatement of the Fraudulent Charges and providing a detailed explanation of reasons why the Fraudulent Charges were illegitimate.

26. The correspondence explained that the Fraudulent Charges were illegitimate for numerous reasons, such as:

  a. Plaintiffs did not authorize the Fraudulent Charges;

  b. Plaintiffs did not have passports, have never been to the United Arab Emirates, Pakistan or any other country in the Middle East, and have no intent to go there;

  c. Plaintiffs have no connection, past, present, or future, to the United Arab Emirates, Pakistan or any other country in the Middle East;

  d. Plaintiffs have received no benefit on account of the Fraudulent Charges, material or otherwise;

  e. Plaintiffs prior Credit Card statements clearly indicate that Plaintiffs historically maintain a low balance on the Credit Card, rarely have a single charge that exceeds $1,000.00, and have never made expenditures remotely similar to the Fraudulent Charges;

  f. The Unauthorized Transfer, which occurred on the same day as the Fraudulent Charges, provides evidence of fraud on the Plaintiffs' Truist accounts; and

g.    Truist representatives' statements on June 6 and 7, 2023, regarding (1) the unauthorized request to increase the limit on the Credit Card and (2) the Credit Card account having been accessed by multiple operating systems, provides additional evidence of fraud.

27.    Plaintiffs also took further steps to dispute the Fraudulent Charges, filing an identity theft report with the Federal Trade Commission ("FTC") and a complaint with the Consumer Financial Protection Bureau ("CFPB") on July 31, 2023, and an incident report with the Bainbridge Police Department on August 1, 2023. True and correct copies of the reports are attached as composite **Exhibit B**.

28.    On August 6, 2023, Plaintiffs received a letter from Truist stating: "We have reviewed the additional information you provided, and after careful consideration, we stand by our initial decision. Therefore, you remain responsible for this transaction(s) and any applicable fees and finance charges." No other reasons were provided in the letter. A true and correct copy of the August 6, 2023, letter from Truist is attached as **Exhibit C**.

29.    On August 14, 2023, Plaintiffs received a letter from Truist in response to their CFPB complaint, stating: "We have researched your case once more. Following this review, however, our decision to decline the claim, as explained in the July 12, 2023, letter from our Fraud Assistance Center (copy enclosed), remains unchanged." No other reasons were provided in the letter. A true and correct copy

of the August 14, 2023, letter from Truist (without enclosure) is attached as **Exhibit D**.

30.    Thereafter, Plaintiffs continued to dispute, and were forced to hire undersigned counsel to dispute, the Fraudulent Charges.

31.    On August 24, 2023, Plaintiffs, via the undersigned, sent a letter to Truist which included Plaintiffs' prior written correspondence, the FTC identity theft report, the CFPB complaint, and the Bainbridge Police Department incident report. A true and correct copy of the August 24, 2023, letter to Truist (without enclosures) is attached as **Exhibit E**.

32.    On September 5, 2023, Plaintiffs received a letter from Truist in response to the undersigned's letter stating that "the Bank's position remains unchanged, and we consider the associated case resolved and closed." No other reasons were provided in the letter. A true and correct copy of the September 5, 2023, letter from Truist is attached as **Exhibit F**.

33.    Thereafter, Plaintiffs counsel sent several emails and made multiple calls to the Truist representatives who sent the letters. However, the Truist representatives were deficient in responding and did not change their position.

34.    Plaintiffs also took additional steps to dispute the Fraudulent Charges, filing an incident report with the Federal Bureau of Investigation ("FBI") on

September 22, 2023, and a second complaint with the CFPB on November 7, 2023. True and correct copies of the reports are attached as composite **Exhibit G**.

35.    Plaintiffs sent a second letter, via the undersigned, to Truist on November 9, 2023, indicating they would not pay the Fraudulent Charges and would seek court intervention if Truist continued its attempts to collect the illegitimate debt. A true and correct copy of the November 9, 2023, letter to Truist is attached as **Exhibit H**.

36.    Enclosed with the November 9, 2023, letter to Truist were the affidavits of James Harrison and Claire Harrison dated November 8, 2023, swearing and affirming under oath that they did not make the Fraudulent Charges and again describing the fraudulent scheme and the numerous indicators of fraud. Plaintiffs enclosed with the affidavits true and correct copies of the five (5) reports previously filed with the FTC, CFBP, FBI, and Bainbridge Police Department. True and correct copies of the November 8, 2023, affidavits (without enclosures) are attached as composite **Exhibit I**.

37.    On November 21, 2023, Plaintiffs received a letter from Truist in response to their second CFPB complaint, stating "[w]e have fully researched and previously addressed your concerns in our letter dated August 14, 2023 (copy enclosed). Given that there is no new information concerning this matter, the Bank's position remains unchanged, and we consider the associated case resolved and

closed." No other reasons were provided in the letter. A true and correct copy of the November 21, 2023, letter from Truist is attached as **Exhibit J**.

38.    On February 26, 2024, Plaintiffs received a letter from Truist in response to the undersigned's second letter and Plaintiffs' affidavits indicating its position remained unchanged. No other reasons were provided in the letter. A true and correct copy of the February 26, 2024, letter from Truist is attached as **Exhibit K**.

39.    During the time that Plaintiffs and their counsel continued to dispute the debt, Plaintiffs received multiple calls and debt collection letters from Truist, in which Truist demanded payment of the Fraudulent Charges inclusive of interest and late fees. True and correct copies of some of the debt collection letters are attached as composite **Exhibit L**.

40.    Moreover, Truist has transmitted information on Plaintiffs alleged indebtedness to credit reporting agencies while the Fraudulent Charges remained in dispute, thereby causing damage to Plaintiffs' credit.

## COUNT I – FAIR CREDIT BILLING ACT VIOLATION

41.    Plaintiffs reallege and incorporate paragraphs 1 through 40 as if fully stated herein.

42.    Truist is in violation of the Fair Credit Billing Act ("FCBA"), 15 U.S.C. § 1666.

43.    Plaintiffs timely notified Truist of the billing error resulting from the Fraudulent Charges.

44.    Truist failed to make the appropriate corrections to the Credit Card account, to conduct an adequate investigation, and/or to provide Plaintiffs with a written explanation detailing the reasons the account statement is correct, in violation of 15 U.S.C. § 1666(B).

45.    Moreover, Truist persisted in its attempts to collect the illegitimate debt resulting from the Fraudulent Charges, in further violation of 15 U.S.C. § 1666(B).

46.    As a result, Truist has forfeited its right to collect the disputed amount, 15 U.S.C. §§ 1666(e), and is liable for actual damages, statutory damages, and attorney's fees. 15 U.S.C. §§ 1666(e); 1640(a).

WHEREFORE, Plaintiffs respectfully request this Court find Truist violated the FCBA and accordingly cannot collect any disputed amount related to the Fraudulent Charges, and award Plaintiffs damages, attorney's fees, court costs, and any other relief this Court deems just and fair.

## COUNT II – ELECTRONIC FUNDS TRANSFER ACT VIOLATION

47.    Plaintiffs reallege and incorporate paragraphs 1 through 40 as if fully stated herein.

48.    Truist is in violation of the Electronic Funds Transfer Act ("EFTA"), 15 U.S.C. § 1693.

49.    Plaintiffs timely notified Truist of the account error resulting from the Unauthorized Transfer.

50.    Truist failed to investigate the Unauthorized Transfer and/or failed to provide Plaintiffs an explanation of its findings, in violation of 15 U.S.C. § 1693f.

51.    As a result, Truist is liable for actual damages, statutory damages, and attorney's fees. 15 U.S.C. § 1693m.

WHEREFORE, Plaintiffs respectfully request this Court find Truist violated the EFTA and award Plaintiffs damages, attorney's fees, court costs, and any other relief this Court deems just and fair.

### COUNT III – FAIR CREDIT REPORTING ACT VIOLATION

52.    Plaintiffs reallege and incorporate paragraphs 1 through 40 as if fully stated herein.

53.    Truist is in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681.

54.    Truist reported information on Plaintiffs alleged indebtedness to credit reporting agencies with actual knowledge and/or reasonable cause to believe the information was inaccurate, in violation of 15 U.S.C. § 1681s-2.

55.    Truist's noncompliance with the FCRA was either willful or negligent.

56.    As a result, Truist is liable for actual damages and attorney's fees. 15 U.S.C. §§ 1681n, 1681*o*.

WHEREFORE, Plaintiffs respectfully request this Court find Truist violated the FCRA and award Plaintiffs damages, attorney's fees, court costs, and any other relief this Court deems just and fair.

## COUNT IV – FLORIDA CONSUMER COLLECTION PRACTICES ACT SECTION 559.72(6) VIOLATION

57.    Plaintiffs reallege and incorporate paragraphs 1 through 40 as if fully stated herein.

58.    Truist is in violation of the Florida Consumer Collection Practices Act ("FCCPA"), Section 559.72, Florida Statutes.

59.    Truist disclosed information concerning the existence of a debt known to be reasonably disputed by Plaintiffs without disclosing that fact, in violation of Section 559.72(6), Florida Statutes.

60.    As a result, Truist is liable for actual damages, statutory damages, and attorney's fees. § 559.77(2), Fla. Stat.

WHEREFORE, Plaintiffs respectfully request this Court find Truist violated the FCCPA and award Plaintiffs damages, attorney's fees, court costs, and any other relief this Court deems just and fair.

## COUNT V – FLORIDA CONSUMER COLLECTION PRACTICES ACT SECTION 559.72(9) VIOLATION

61.    Plaintiffs reallege and incorporate paragraphs 1 through 40 as if fully stated herein.

62.    Truist is in violation of the FCCPA, Section 559.72, Florida Statutes.

63.    Truist attempted to enforce the alleged debt with knowledge that it was illegitimate, in violation of Section 559.72(9), Florida Statutes.

64.    As a result, Truist is liable for actual damages, statutory damages, and attorney's fees. § 559.77(2), Fla. Stat.

WHEREFORE, Plaintiffs respectfully request this Court find Truist violated the FCCPA and award Plaintiffs damages, attorney's fees, court costs, and any other relief this Court deems just and fair.

## COUNT VI – DECLARATORY JUDGMENT AND SUPPLEMENTAL RELIEF

65.    Plaintiffs reallege and incorporate paragraphs 1 through 40 as if fully stated herein.

66.    This is an action for declaratory relief pursuant to Chapter 86, Florida Statutes and supplemental relief pursuant to Section 86.061, Florida Statutes.

67.    There is a bona fide, actual, present practical need for this declaration.

68.    The declaration deals with a present ascertainable state of facts.

69.    Plaintiffs rights and obligations with respect to the Fraudulent Charges is dependent upon the ascertainable facts and their application to the law.

70.    Plaintiffs and Truist have adverse antagonistic interests.

71.    This relief is not sought merely for legal advice.

72.    All interested parties are before the Court.

14

73.    The Fraudulent Charges are an illegitimate debt that Truist has no right to collect from Plaintiffs.

74.    Despite the clear evidence of fraud, Truist has failed to comply with the law and has attempted to collect the Fraudulent Charges and reported them as a debt to credit agencies.

WHEREFORE, Plaintiffs respectfully request that this Court enter a declaratory judgment finding that Truist has no right to collect the Fraudulent Charges from Plaintiffs, and grant supplemental relief ordering Truist to remove the Fraudulent Charges from the outstanding balance on the Credit Card and to take all remedial action necessary to restore Plaintiffs' credit, and awarding attorney's fees, court costs, and any other relief this Court deems just and fair.

## COUNT VII – NEGLIGENCE

75.    Plaintiffs reallege and incorporate paragraphs 1 through 40 as if fully stated herein.

76.    Truist was negligent in:

a.    Failing to inform Plaintiffs of the unauthorized request to increase the limit on the Credit Card days prior to the Fraudulent Charges being made;

b.    Failing to perform a reasonable investigation into the illegitimacy of the Fraudulent Charges;

c.     Failing to provide Plaintiffs with any reasons for its position that Plaintiffs were responsible for the Fraudulent Charges;

d.     Attempting to collect the illegitimate debt associated with the Fraudulent Charges while the charges remained in dispute; and

e.     Reporting information on Plaintiffs alleged indebtedness to credit reporting agencies while the Fraudulent Charges remained in dispute.

77.    Truist had a duty to:

a.     Safeguard Plaintiffs' financial information and alert Plaintiffs to any unauthorized or potentially fraudulent activity on Plaintiffs' accounts;

b.     Conduct a reasonable investigation into the Fraudulent Charges; and

c.      Fully inform Plaintiffs of the reasons for its decision before attempting to collect the illegitimate debt and sharing the information with credit reporting agencies.

78.    Truist breached its duty by:

a.     Failing to inform Plaintiffs of the unauthorized request to increase the limit on the Credit Card or otherwise verify that Plaintiffs had made the request;

b.     Failing to perform a reasonable investigation into the Fraudulent Charges; and

16

c.    Failing to provide Plaintiffs with any reasons for its position prior to attempting to collect the illegitimate debt or sharing the information with credit reporting agencies.

79.    As a result of Truist's breaches, Plaintiffs remain allegedly liable for an illegitimate debt and have suffered attendant damage to their credit.

80.    Moreover, had Truist notified Plaintiffs of the unauthorized request to increase the limit on the Credit Card, Plaintiffs could have taken preventative action to protect the Credit Card account prior to the Fraudulent Charges being made.

WHEREFORE, Plaintiffs respectfully request this Court find Truist liable for negligence and award Plaintiffs damages, court costs, and any other relief this Court deems just and fair.

DATED this _____ day of January, 2025.

/s/ David J. Weiss
DAVID J. WEISS
Fla. Bar No. 0073963
NICHOLAS A. CARON
Fla. Bar No. 1049495
dweiss@ausley.com
sshaffer@ausley.com
ncaron@ausley.com
nnelson@ausley.com
Ausley McMullen
P.O. Box 391
Tallahassee, Florida 32302
Phone:  (850) 224-9115
Fax:      (850) 222-7560

*Attorneys for Plaintiffs*

17

# EXHIBIT A

Truist
Operations Center
Post Office Box 819
Wilson, NC 27894-0819



07/12/2023

3001
JAMES W HARRISON
133 SWEET GUM DR
BAINBRIDGE, GA  39819-7403

Regarding your Credit Card Account ending in: 1213
Case Number: C-47565

Dear JAMES W HARRISON,

Thanks for the inquiry concerning your account with Truist.

Our investigation revealed that the transaction(s) are valid and your case is being denied for the following reason:

- Based on the information in the claim, we have not been able to determine that the transaction(s) were fraudulent.

If we previously provided you credit for this item, your balance will be adjusted accordingly. You are responsible for this transaction(s) and any applicable fees and finance charges.

If you have any further questions, please call us at 866-472-9786.

Thanks for banking with Truist.

Sincerely,

Fraud Assistance Center

Truist Bank, Member FDIC. © 2022 Truist Financial Corporation. Truist, the Truist logo and Truist Purple are service marks of Truist Financial Corporation.

# EXHIBIT B



FEDERAL TRADE COMMISSION
## Identity Theft Report

FTC Report Number:
162301580

I am a victim of Identity theft. This is my official statement about the crime.

### Contact Information

| First Name: | Middle Name: | Last Name: |
| --- | --- | --- |
| James | Walker | Harrison |
| Address: | Phone: | Email: |
| 133 Sweet Gum Drive<br>Bainbridge , GA 39819<br>USA | 850-320-0050 | jj12329@gmail.com |

### Personal Statement

On June 6, 2023, while traveling on vacation, I received a call from the Truist Bank Phone number. The caller said he was from Truist and I was informed that there was fraudulent activity on my credit card. The caller asked me to confirm my date of birth, and last four digits of my social security number, just like Truist would have me do in the event of fraud on my credit card. The caller then informed me that I would be transferred to a manager. At this point I was connected with a female caller. Upon investigating my account I did not see any fraudulent charges at this time. I was told by the caller that the merchant was holding the charges and I would be receiving an email from Truist to verify if the charges were mine. I was instructed by the caller to select yes. Immediately following this instruction there were 2 denied charges for approximately $5000 $9500. After these denied charges there were several charges for several thousand dollars. There is more but I am out of room.

### Accounts Affected by the Crime

| Fraudulent Charges to My Credit Card | | |
| --- | --- | --- |
| Company or Organization: | Truist | |
| Account Number: | 5523933005131213 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 6/2023 | 6/2023 | $ 24261 |

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**James Walker Harrison**        **7/31/2023**
James Walker Harrison             Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

 Consumer Financial
Protection Bureau    (https://www.consumerfinance.gov/)

**Start a new complaint**

 ❮ All complaints (.)

# 230731-11655682

**OPEN**

✅ Submitted

### STATUS
Submitted to the CFPB on 7/31/2023

### PRODUCT
Credit card or prepaid card

### ISSUE
Problem with a purchase shown on your statement

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

### YOUR COMPLAINT

On June 6, 2023, while traveling by car approximately 6 hours for vacation, James received a call from a number that matched the Truist phone number on the back of his credit card. The caller said he was from Truist and James was informed that there appeared to be fraudulent activity on his credit card. The call lasted approximately 3 hours with James being put on hold numerous times for long periods of time. The call was disconnected several times and the caller called James back immediately. A few minutes into the call, the male caller said he needed to get a manager on the phone and a female caller was put on the line and continued with the call. When James initially pulled up his account on the Truist App there were no unusual charges to his account. James was told by the caller that the merchant was holding the charges pending verification. James then received an email from

Truist regarding the charges while still on the phone. James was told by the caller (who was still thought to be a Truist representative) to reply "yes" as this was to verify that he was James W. Harrison, the cardholder. James did this as he was instructed as he believed he was talking to a representative of Truist. Shortly thereafter two large charges (one for $5,446.03 and one for $9,530.55) showed up on his credit card and there was a notation beside both charges that they were" denied". This occurred while he was still on the phone. The total of all the charges was $24,261.16 (just below the limit of $25,000 on his card). Then the caller starting asking James how much money he had in his checking and his savings account. James indicated that he had approximately $4,000 in his savings account and $6,000 in his checking account. Claire overheard James giving the caller his checking and saving account balances and thought this did not seem like pertinent information for the caller to be asking James. She then called Truist and explained the situation and indicated that she was a co-signer on the card. The last time the call got disconnected, James called Truist (number on the back of the credit card) before the caller could call James back. It was at this point that James realized he had not been talking to Truist earlier. At this point he cancelled his credit card, debit card and put a freeze on his checking and savings account. This all occurred on June 6th, the same day everything started. While on the phone with Truist, James specifically told the Truist representative that he had received emails from Truist and that he had responded to the emails with a "yes" as this is what the scammer told him to do in order to verify it was him. During the time Claire was talking to Truist, James was also on the phone with Truist and instructed Truist to cancel his credit card, debit card and to put a freeze on his bank accounts. While Claire was on the phone with the Truist representative, they also confirmed for her that the credit card account was cancelled. The representative from Truist told Claire that Truist had received a call several weeks earlier requesting that the credit card limit be increased because international travel was anticipated. Truist declined the balance increase. James did not call Truist requesting an increase in the credit card limit. As noted previously, James does not even have a passport (nor has he applied for one). Also as noted, James seldom has a balance in excess of $1,000 on his card at any point in time. James pulled up his bank balances and noted that $4,000 had been transferred from his savings account to his checking account. James did not make this transfer or authorize this transfer. The representative from Truist told James that he would need to go to a Truist branch to open a new checking and savings accounts. As far as the credit card, they stated they would deny charges and send a new card. On June 7, 2023, Claire Harrison called the Truist bank in Tallahassee that she uses and talked with Eileen Grimes. Eileen confirmed that the credit card and debit cards had been cancelled and that James would need to go to a Truist branch to open new account. She also told James and Claire that she could see where users with two different operating systems had signed into James's Truist account. On June 7, 2023 James traveled to a Truist branch in Seneca, S.C. to set up a new checking and savings account. The Truist representative also confirmed that James's account had been logged into by a user other than James. James received a letter from Truist that indicated that the disputed transactions were being removed from his card. After removal of the charges, the balance on James's card was approximately $100. He seldom carries a balance of over $1,000 and he has never had a single charge over $3,000. On July 16, 2023, James checked his credit card account and noted that the disputed

Complaint Detail

charges were all back on his card and he had a balance of $24,386.46 of which $24,261.16 is fraudulent charges and the remainder of the balance, $125.30, are legitimate charges. James called Truist on July 16, 2023, and was told that the disputed charges were being denied. Claire also called Truist on July 16, 2023, and was told the same thing as James, the disputed charges were being denied due to inconsistencies in the fraud investigation.

**ATTACHMENTS**

Screenshot_20230731_174738_Truist.jpg

Screenshot_20230716_131807_Truist.jpg (398.8 KB)

Screenshot_20230716_131751_Truist.jpg (374 KB)

Screenshot_20230716_131758_Truist.jpg (386.3 KB)

Screenshot_20230716_131827_Truist.jpg

52d39599-97e7-4b59-a850-f1c5d2d2c8cf_519546165753316.jpeg (246.6 KB)

Screenshot_20230716_141607_Truist.jpg (292 KB)

20230731_183109.jpg (2.7 MB)

Resized_20230716_134800.jpeg (911.4 KB)

Screenshot_20230716_131822_Truist.jpg (393.6 KB)

View full complaint ⊕

## ✅ Sent to company

**STATUS**

Sent to company on 7/31/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.



**ADDITIONAL TOOLS AND RESOURCES**

Credit Cards (https://www.consumerfinance.gov/consumer-tools/credit-cards/)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

# BAINBRIDGE PUBLIC SAFETY - NIBRS INCIDENT REPORT
### INTERNAL COPY
### INITIAL REPORT

CASE NUMBER
**2023-08-5894**

CAD NUMBER

AGENCY ORI
**GA0430100**

Report ID: **20230802130725000005358**

## Event

| INCIDENT LOCATION | | STATE | ZIP | ZONE | | Loc. Code | |
|---|---|---|---|---|---|---|---|
| 810 E Louise Street, Bainbridge | | GA | 39819 | S | SOUTH | | |

| INCIDENT DATE | TIME | DATE | TIME | DAY OF THE WEEK (INCIDENT): | Description |
|---|---|---|---|---|---|
| 08/01/2023 | 12:35 TO | 08/01/2023 | 12:51 | TUESDAY | |

| WEATHER CONDITIONS | DISCOVERED BY | CARGO THEFT INVOLVED? |
|---|---|---|
| CLEAR | COMPLAINANT | ☐ Yes  ☒ No |

## State/GCIC

| OCA | | ACTION | | PERSON | WARRANT | VEHICLE | | ARTICLE | | BOAT | GUN | | SECURITIES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Administration

| | | | | | | |
|---|---|---|---|---|---|---|
| EVIDENCE COLLECTED? | Y | PHOTOS TAKEN? | N | FOLLOW UP - PATROL? | N | CLEARANCE DATE |
| PRINTS TAKEN? | N | COMPLAINT UNFOUNDED? | N | FOLLOW UP - DETECTIVES? | Y | CASE STATUS  ACTIVE |
| BIO/DNA EVIDENCE? | N | WILLING TO PROSECUTE? | Y | RESPONSE CODE | | TOTAL OFFENDERS |
| BODY CAMERA USE? | N | IN CAR CAMERA USE? | N | TASER USE? | | |
| REPORT DATE/TIME | 08/01/2023 | 12:52 | COMPSTAT | | REVIEWED BY | |

| REPORTING OFFICER | 416 | CHARLES KING | REVIEWED DATE | |
|---|---|---|---|---|
| VEHICLE NUMBER | 835 | | DIVISION ASSIGNED | |
| APPROVING OFFICER | 114 | TAROW BARNEY | ASSIGNED DATE | |
| APPROVED DATE | 08/01/2023 | | INVESTIGATOR ASSIGNED | 220  LADARIC JONES |
| COMMANDING OFFICER | 137 | CHARLES STRICKLAND | ASSIGNED DATE | 08/01/2023 |
| APPROVED DATE | | | | |

## Offense # 1

| OFFENSE STATUTE: | OFFENSE DESCRIPTION: | COUNTS: | OFFENSE STATUS: |
|---|---|---|---|
| 16-9-121 | IDENTITY FRAUD - ELEMENTS OF OFFENSE | 1 | Completed |

| NIBRS OFFENSE CODE: | OFFENSE DESCRIPTION: |
|---|---|
| 26F | Identity Theft |

| OFFENSE LOCATION: | HATE CRIME: | Bias Motivations: (1)  88-None (No Bias) |
|---|---|---|
| 11-Government/Public Building | ☐ Yes  ☐ No | (2) |
| | | (3) |

| Drug Related? | Drug Type: | (4) |
|---|---|---|
| ☐ Yes  ☒ No | - | (5) |

| Offender Suspected of Using: (Choose up to 3) | IF BURGLARY, METHOD OF ENTRY: |
|---|---|
| ☐ Alcohol  ☐ Drugs/Narcotics  ☐ Computer Equipment  ☒ Not Applicable | (For Burglary Only) NUMBER OF PREMISES: |

| Gang Related? | ☐ Yes  ☐ No | Gang Name: |
|---|---|---|

| WEAPON TYPE/FORCE USED: (Can list up to 3) | AUTOMATIC WEAPON: (Can only be YES if firearm) | TYPE OF CRIMINAL ACTIVITY: (Can list up to 3) |
|---|---|---|
| (1) | ☐ Yes  ☐ No | (1) |
| (2) | ☐ Yes  ☐ No | (2) |
| (3) | ☐ Yes  ☐ No | (3) |

## Property/Vehicle

| CATEGORY | QTY | BRAND | MODEL |
|---|---|---|---|
| MERCHANDISE | | | |

| ITEM SIZE | COLOR | DESCRIPTION | 24,261.16 TAKING OFF MASTER CARD |
|---|---|---|---|

| SERIAL NO. | RECEIPT NO. | ITEM NO. | VALUE UNKNOWN |
|---|---|---|---|

| OFFENSE | IDENTITY THEFT | DISPOSITION | | DATE STOLEN | VALUE |
|---|---|---|---|---|---|
| | | | | 08/01/2023 | $24,261 |

| ☒ STOLEN | ☐ RECOVERED | ☐ LOST | ☐ FOUND | ☐ NONE | ☐ BURNED | ☐ SEIZED | RECOVERED QTY | DATE RECOVERED | RECOVERED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| ☐ UNKNOWN | ☐ COUNTERFEITED/FORGED | ☐ DESTROYED/DAMAGED/VANDALIZED | | ☐ EVIDENCE | | | | | |

## BAINBRIDGE PUBLIC SAFETY - NIBRS INCIDENT REPORT

**AGENCY ORI**
GA0430100

INTERNAL COPY
INITIAL REPORT
Report ID: 20230802130725000005358

**CASE NUMBE**
2023-08-589
**CAD NUMBE**

### Person #1

[X] COMPLAINANT    [X] VICTIM    [ ] WITNESS    [ ] OFFENDER    [ ] PREDOMINANT AGGRESSOR    [ ] DEAD/UNIDENTIFIED    [ ] UNKNOWN    [ ] RETURNED    [ ] OTHER

| | | | |
|---|---|---|---|
| NAME | HARRISON, JAMES WALKER | HEIGHT | RACE WHITE |
| ADDRESS | | WEIGHT | ETHNICITY NOT HISPANIC OR LATINO |
| CITY, ST, ZIP BAINBRIDGE, GA 39819 | | HAIR RED | SEX MALE |
| HOME PHONE | CELL PHONE | EYES GRN | DOB · SSN |
| EMAIL | | RESIDENT STATUS RESIDENT | AGE 27 |
| DRIVER'S LICENSE NUMBER | | DRIVER'S LICENSE ISSUING STATE | |

[ ] RAPE VICTIM    [ ] JUVENILE    [ ] PUBLIC EMPLOYEE    [ ] WANTED    [ ] SUSPECT    [ ] WARRANT    [ ] ARRESTED    [ ] MISSING    [ ] SUICIDE    [ ] VEHICLE PURSUIT

TYPE OF VICTIM:  INDIVIDUAL

**VICTIM SEQUENCE #: 1**

### OFFENSE(S) AGAINST VICTIM - NIBRS CODE(S)

OFFENSE NUMBER 1
26F - IDENTITY THEFT

### VICTIM CIRCUMSTANCES

| AGGRAVATED ASSAULT/ HOMICIDE CIRCUMSTANCES (Up to 2 may be reported) | NEGLIGENT MANSLAUGHTER (Only 1 may be reported) | JUSTIFIABLE HOMICIDE | ADDITIONAL JUSTIFIABLE HOMICIDE CIRCUMSTANCES (1 is submitted if an item in 54C is selected) |
|---|---|---|---|
| | | | |

### INJURY TYPE(S) (List up to 5)

### VICTIM TO OFFENDER RELATIONSHIP - The number(s) in the box(es) below refer to the offender sequence number(s)

### Person #2

[ ] COMPLAINANT    [ ] VICTIM    [ ] WITNESS    [X] OFFENDER    [ ] PREDOMINANT AGGRESSOR    [ ] DEAD/UNIDENTIFIED    [X] UNKNOWN    [ ] RETURNED    [ ] OTHER

| | | | |
|---|---|---|---|
| NAME | | HEIGHT | RACE |
| ADDRESS | | WEIGHT | ETHNICITY |
| CITY, ST, ZIP | | HAIR | SEX |
| HOME PHONE | CELL PHONE | EYES | DOB · SSN |
| EMAIL | | RESIDENT STATUS | AGE |
| DRIVER'S LICENSE NUMBER | | DRIVER'S LICENSE ISSUING STATE | |

[ ] RAPE VICTIM    [ ] JUVENILE    [ ] PUBLIC EMPLOYEE    [ ] WANTED    [ ] SUSPECT    [ ] WARRANT    [ ] ARRESTED    [ ] MISSING    [ ] SUICIDE    [ ] VEHICLE PURSUIT

Report printed on    Wednesday, August 2, 2023 1:07 PM

# BAINBRIDGE PUBLIC SAFETY - NIBRS INCIDENT REPORT

INTERNAL COPY

INITIAL REPORT

**CASE NUMBER**
2023-08-5894

**CAD NUMBER**

AGENCY ORI
GA0430100

Report ID: 20230802130725000005358

## Narrative

| Type of Narrative | Reporting Officer | Statement Date | Statement Time |
|---|---|---|---|
| Narrative | 416   Charles King | 08/01/2023 | 1253 |

On Tuesday, August 1, 2023, at approximately 1235, hours, Bainbridge Public Safety Officer Charles King was located at 510 E Louise Street, Bainbridge, Decatur County, Georgia. (Bainbridge Public Safety Headquarter). Officer King spoke with James Harrison, in reference to identity fraud.

This incident will be turned over to investigation.

## Supplement

**Reporting Officer**   416   Charles King                    **Statement Date**   08/01/2023        **Statement Time**   1300

On Tuesday, August 1, 2023, at approximately 1235, hours, Bainbridge Public Safety Officer Charles King was located at 510 E Louise Street, Bainbridge, Decatur County, Georgia. (Bainbridge Public Safety Headquarter). Officer King spoke with James Harrison, in reference to identity fraud.

Harrison stated that while traveling he received a phone call about his Master Card. Harrison stated the person on the phone told him he had charges on his card. The person stated a email would be sent to James, and he needed to reply "yes" to the email. Harrison further stated after the yes reply, that a total amount of $24,261.16 was taking off his card.

It should be noted that Harrison, provided Officer King, a timeline of events that took place. Officer King informed Harrison that the case would be turned over to investigation.

Case turned over to investigation.

End of Report.

# EXHIBIT C



Truist
Operations Center
Post Office Box 819
Wilson, NC 27894-0819

August 6, 2023

JAMES W HARRISON
133 SWEET GUM DR
BAINBRIDGE, GA 39819

Regarding your Credit Card Account ending in: 1213
Case Number: C-47565

Dear JAMES W HARRISON,

Thanks for the inquiry concerning your account with Truist.

We received your request for a further review in the case referenced above. We have reviewed
the additional information you provided, and after careful consideration, we stand by our original
denial decision. Therefore, you remain responsible for this transaction(s) and any applicable fees
and finance charges.

If you have any further questions, please call us at 866-472-9786.

Thanks for banking with Truist.

Sincerely,

Fraud Assistance Center

Truist Bank, Member FDIC. © 2022 Truist Financial Corporation. Truist, the Truist logo and
Truist Purple are service marks of Truist Financial Corporation.

«C639» Secondary Review Denial («LetterNumber»)

# EXHIBIT D



Client Advocacy
P.O. Box 85024
Richmond, VA 23285-5024
Tel 844-4TRUIST

Vanessa Statton

August 14, 2023                                      Truist Client Resolution Senior Specialist

James W. Harrison
133 Sweet Gum Drive
Bainbridge, GA 39819-7403

Re:    Truist Credit Card Account ending in 1213
       Claim C-47565
       Consumer Financial Protection Bureau (CFPB) Case 230731-11655682

Dear Mr. Harrison:

We are responding to you concerning the complaint you filed with the CFPB regarding
Truist's decision to decline the fraud claim referenced above. Thank you for sharing
your concerns and providing us the opportunity to respond.

We have researched your case once more. Following this review, however, our decision
to decline the claim, as explained in the July 12, 2023, letter from our Fraud Assistance
Center (copy enclosed), remains unchanged.

Mr. Harrison, I understand this is not the resolution you are seeking from Truist and
regret any difficulty this situation may cause. Should you have any additional questions
regarding your claim, please contact our fraud Assistance Center at 866-472-9786. A
representative will be glad to speak with you.

Sincerely,

*Vanessa Statton*

Vanessa Statton
Truist Client Resolution Senior Specialist
Client Advocacy

Enclosure

# EXHIBIT E



Attorneys and Counselors at Law
123 South Calhoun Street
P.O. Box 391 32302
Tallahassee, FL 32301

P: (850) 224-9115
F: (850) 222-7560

ausley.com

dweiss@ausley.com

August 24, 2023

**VIA ELECTRONIC AND
FIRST CLASS U. S. MAIL**

Truist
Operations Center
Post Office Box 819
Wilson, NC 27894

Truist
Post Office Box 607039
Orlando, FL 32860

creditcarddisputes@truist.com
mandy.zahl@truist.com

Re:   James W. Harrison and Claire Harrison
      Credit Card Account ending in: 1213
      Case Number: C-47565

Dear Sir or Madame:

This firm has been retained to represent James W. Harrison and Claire Harrison with respect to the above-referenced matter.

As Truist has been routinely advised, my clients were the victims of a fraudulent scheme resulting in the following unauthorized charges on the above-referenced credit card:

| **Transaction Date** | **Merchant Name** | **Amount** |
|---|---|---|
| 6/6/2023 | Midtown Mesk Deyaar DE | $ 9,530.55 |
| 6/6/2023 | Sastaticket PK | 637.65 |
| 6/6/2023 | Midtown Mesk Deyaar DE | 8,169.04 |
| 6/6/2023 | Outfitters | 298.29 |

Truist
Re:    James W. Harrison and Claire Harrison
       Credit Card Account ending in: 1213
       Case Number: C-47565
August 24, 2023
Page 2

| | | | |
|---|---|---|---|
| 6/6/2023 | Daraz | | 30.86 |
| 6/6/2023 | Limelight | | 148.74 |
| 6/6/2023 | Midtown Mesk Deyaar DE | | 5,446.03 |
| | | | **$ 24,261.16** |

Enclosed are copies of the following documents detailing the fraud:

1. Written information from my clients dated July 17, 2023;
2. Identity Theft Report filed with the Federal Trade Commission;
3. Complaint filed with the Consumer Financial Protection Bureau;
4. Incident Report filed with the Bainbridge Police Department.

All of these documents were previously provided to Truist and clearly show that my clients were the victims of fraud. Despite my clients' cooperation and diligence in providing this information, Truist has advised, without explanation, that it continues to hold them responsible for the charges.

Please be advised that Truist is in violation of the Fair Credit Billing Act and the Electronic Fund Transfer Act by continuing to hold my clients responsible for the fraudulent charges.

A review of the fraudulent charges shows that they are all to merchants located in the United Arab Emirates and Pakistan, and several of the charges are between $5,000 and $10,000. The most substantial charges are to a residential development in Dubai. All of the charges were made on the same day and total just under the $25,000 credit limit.

A review of the credit card transaction history shows that the charges are entirely inconsistent with prior activity on this account. Mr. Harrison is the primary account holder. He resides in Bainbridge, GA and does not have a passport. The majority of his purchases are for gas, food, and living expenses in the Bainbridge area, or online shopping. He maintains a low balance and rarely has a charge that exceeds $1,000.

When reporting the fraud, Truist advised my clients that different users from different operating systems logged into the account on the date of the fraudulent charges, clearly indicating that the charges were not made by my clients. In addition, Truist informed my clients that it received a request to increase the credit limit on the card prior to the date of the fraudulent charges. Truist denied the request, but failed to verify that my clients made the request or notify my clients of the request. My clients did not make the request, and Truist should have disclosed the request to my clients to make them aware of the fraudulent activity.

Truist
Re:     James W. Harrison and Claire Harrison
        Credit Card Account ending in: 1213
        Case Number: C-47565
August 24, 2023
Page 3

Despite this information, as described in more detail in the enclosed documents, Truist has advised that it holds my clients responsible for the fraudulent charges.

Please be advised that my clients are not responsible for and will not pay the fraudulent charges. My clients further hereby demand that Truist immediately remove the fraudulent charges, correct all internal and external records, and cease all collection efforts.

In addition, my clients demand that Truist provide a notarized statement acknowledging that the charges were due to fraud and that any and all delinquent reporting was done in error.

In the event you fail to take the forgoing action and illegally attempt to collect the fraudulent charges from my clients, they intend to exercise all rights and remedies afforded under the law, including, without limitation, claims for violations of the Fair Credit Billing Act, the Electronic Fund Transfer Act, and the Fair Debt Collection Practices Act. In all such actions, my clients will be entitled to recover their court costs and attorneys' fees.

Neither this letter, nor any of my clients' actions or omissions, shall constitute a waiver or relinquishment of, or otherwise negatively impact, any of their rights or remedies, all of which are expressly reserved.

If you have any questions, my contact information is at the top of the letterhead.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Sincerely,

David J. Weiss

DJW/sls

Enclosures

cc:     Eileen Grimes (via email to Eileen.grimes@truist.com)
        James W. Harrison (via email)
        Claire Harrison (via email)

# EXHIBIT F

**TRUIST** 🔲

Client Advocacy
P.O. Box 85024
Richmond, VA 23285-5024
Tel 844-4TRUIST

Erica Fowler
Assistant Vice President
Client Resolution Senior Specialist

September 5, 2023



David Weiss
Attorneys and Counselors at Law
123 South Calhoun Street
Tallahassee FL 32301

RE: James W Harrison and Claire Harrison
Truist Credit Card Account ending in 1213
Claim C-47565
Case 08/25/2023-8021722

Dear Mr. Weiss:

We have received and reviewed your correspondence regarding Mr. and Mrs. Harrison. Thank you for sharing your concerns and allowing us the opportunity to respond.

I have attached a copy of a letter that was sent the Harrison's and the CFPB on August 14, 2023. Given that there is no new information concerning this matter, the Bank's position remains unchanged, and we consider the associated case resolved and closed.

Sincerely,

*Erica Fowler*

Erica Fowler
Assistant Vice President
Client Resolution Senior Specialist
Client Advocacy

Enclosures

# EXHIBIT G

 FEDERAL BUREAU OF INVESTIGATION

## Victim Information

| | |
|---|---|
| Name: | Claire Harrison |
| Are you reporting on behalf of a business? | No |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | |
| Address: | 8891 Bixler Trl |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Tallahassee |
| County: | FL |
| Country: | United States of America |
| State: | Florida |
| Zip Code/Route: | 32309 |
| Phone Number: | 8505912045 |
| Email Address: | nipzip1210@aol.com |
| Business IT POC, if applicable: | Leon |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---|---|
| Transaction Type: | CreditCard |
| If other, please specify: | |
| Transaction Amount: | 24261.16 |
| Transaction Date: | 6/6/2023 |
| Was the money sent? | Yes |

| | |
|---|---|
| Victim Bank Name: | Truist Bank |
| Victim Bank Address: | Post Office Box 819 |
| Victim Bank Address (continued): | |
| Victim Bank Suite/Mail Stop: | |
| Victim Bank City: | Wilson |
| Victim Bank Country: | United States of America |
| Victim Bank State: | North Carolina |
| Victim Bank Zip Code/Route: | 27894 |
| Victim Name on Account: | James W. Harrison and Claire Harrison |
| Victim Account Number: | 5523-9330-0513-1213 |

Recipient Bank Name:

| | |
|---|---|
| Recipient Bank Address: | |
| Recipient Bank Address (continued): | |
| Recipient Bank Suite/Mail Stop: | |
| Recipient Bank City: | |
| Recipient Bank Country: | United States of America |
| Recipient Bank State: | Florida |
| Recipient Bank Zip Code/Route: | |
| Recipient Name on Account: | |
| Recipient Bank Routing Number: | |
| Recipient Account Number: | |
| Recipient Bank SWIFT Code: | |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Executive Summary:

• Cardholders: James W Harrison (primary) and Claire Harrison (co-signor).

• Nearly $25k in fraudulent charges on James's credit card all charges foreign; Dubai and Pakistan on 6/6/23

• Fraudster spoofed the Truist number; first call from fraudster was 3:57 (see screenshots). Call lasted about 3 hours; James thought he was talking to Truist. Call was disconnected several times and fraudster immediately called back.

• Truist was contacted immediately (within 3 hours) about the fraudulent charges and James had Truist cancel his credit card and put a freeze on his 2 Truist bank accounts.

• After the fraud charges appeared on James's card and before his accounts were frozen, an unauthorized transfer was made from his Truist savings account to his Truist checking account in the amount of $4,300.00.

• The fraudster lured James into authorizing transactions; the inadvertent authorization was reported to Truist within 3 hours

• On June 6 the fraud charges were removed from James's card.

• While talking to Truist on June 6 concerning the fraud, the Truist representative indicated that Truist had received a call prior to June 6 requesting an $11,000 increase to the credit limit. This increase was denied by Truist (James did not make this request).

• On June 7, 2023, two Truist branch employees (at different branches) told James that the history of sign-ins to his account included sign-ins from more than one operating system.

• On July 16, 2023 the charges were added back to James's card. Several days later James received a letter from Truist stating that the fraud claim was being denied.

• A second review of the charges was done at the request of the Tallahassee Truist branch. The branch was told the disputed charges are still denied.

• Reports have been filed with the FTC, Consumer Financial

Protection Bureau and the Bainbridge Police Department.

A total of $23,162.62 of the charges were to Midtown Mesk Deyaar DE. This merchant is a housing development in Dubai with 1 & 2 bedroom units for sale. In the event the credit card was used to make a down payment on a unit at this complex, there should be a name associated with the buyer. Additionally, there was a $637.65 charge to Sastaicket PK. This is a travel agent in Pakistan. If an airline ticket was purchased by the fraudster, a name would be associated with this ticket purchase. All charges came through the credit card on June 6 between 3:57PM and 6:10PM. Other vendors included Limelight, Outfitters and Daraz, all located in Pakistan. The total of the charges was just below the $25,000 credit limit.

Sequence of Events:

•     On June 6, 2023, while traveling by car with his family approximately 6 hours for vacation, James received a call from a number that matched the Truist phone number on the back of his credit card. The call was received at 3:57 p.m. The caller said he was from Truist and James was informed that there appeared to be fraudulent activity on his credit card. James noted that the phone number from the caller matched the phone number on the back of his Truist credit card (844-487-8478). James believed the caller was from Truist.

•     The call lasted approximately 3 hours with James being put on hold numerous times for long periods of time. The call was disconnected several times during the 3 hours and the fraudsters called James back immediately whenever disconnected. See screenshot of incoming calls between 3:57 p.m. and 6:10 p.m.

•     A few minutes into the initial call, the male caller said he needed to get a manager on the phone and a female caller was put on the line and continued with the call.

•     During the phone call, James was asked several times for a code that had been sent to his phone. James, thinking he was talking to Truist, provided the code to the fraudster. James did not find this unusual as this happens frequently when talking with an entity like Truist that is trying to establish your identity.

•     When James initially pulled up his credit card account on the Truist App there were no unusual charges to his account.

•     James was told by the fraudsters that the merchant was holding the charges pending verification.

•     James was told by the fraudsters that he would be receiving an email from Truist.

•     James checked his email and there were 2 emails from Truist. James was instructed by the fraudster (who he thought was a Truist representative) to reply "Yes, I authorized all these transactions." The fraudsters specifically told James that the merchant was holding the charges and they needed to be released so they could be denied by Truist. One of the emails was for a charge in the amount of $5,446.02 and was generated at 4:02 p.m. The other one was for a charge for $9,530.55 and was generated at 4:36 p.m.

•     Shortly thereafter two large charges (one for $5,446.03 and one for $9,530.55) showed up on his credit card and there was a notation beside both charges that they were" denied." This occurred while he was still on the phone with the fraudsters. The charges marked as "denied" were the same charges as those on the two emails from Truist.

•     Shortly thereafter, numerous charges showed up on his card including the two previous charges previously noted as "denied." The total of all the charges was $24,261.16 (just below the limit of $25,000

on his card).

• Then the caller started asking James how much money he had in his checking and his savings account. James indicated that he had approximately $4,000 in his savings account and $6,000 in his checking account.

• Claire overheard James giving the caller his checking and saving account balances and thought this did not seem like pertinent information for the caller to be asking James. Around 7 p.m. Claire called Truist and indicated that she was a co-signer on the card. Claire told Truist that James's card had received fraud charges and he had gotten a call from a number that matched Truist's number on the back of his credit card notifying him of the fraud. She told the representative that she thought it was odd that Truist would ask about bank balances when investigating potential fraud charges on a credit card.

• While on the phone with Truist, the representative told Claire that Truist had received a call several days/weeks earlier requesting that the credit card limit be increased by $11,000 because international travel was anticipated. Claire was told Truist declined the balance increase. James did not request an increase in the credit limit.

• The last time the call with the fraudsters got disconnected, James called Truist before the fraudster could call him back. James called the number on the back of his credit card (844-487-8478). Knowing that Claire was suspicious of questioning bank balances, James began to suspect he was being scammed. James was asked for a code and he terminated the call unsure if he was talking to Truist since the number he called was the same number used by the fraudsters. This was at 7:01 (see screen shot of phone calls).

• At 7:11 James called an alternate number (800-266-5228) for Truist to ensure he was talking to Truist. He told the Truist representative about the fraud charges and he immediately canceled his credit card, debit card and put a freeze on his checking and savings account.

• While on the phone with Truist, James specifically told the Truist representative that he had received two emails from Truist and that he had responded to the two emails with a "Yes, I authorize all these transactions." He told the Truist Representative that this is what the fraudsters had instructed him to do in order to release the charges from the merchant so they could be denied by Truist.

• The representative from Truist told James the charges would be removed from his card. He was told that he would need to go to a Truist branch to open a new checking and savings accounts (he could not do it online).

• The fraudulent charges were removed from James's card on June 6.

• On June 7, 2023, Claire Harrison called the Truist bank in Tallahassee that she uses and talked with Eileen Grimes. Eileen confirmed that the credit card and debit cards had been cancelled and that James would need to go to a Truist branch to open new accounts. She also told James and Claire that she could see where users with two different operating systems had signed into James's Truist account.

• On June 7, 2023 James traveled to a Truist branch in Seneca, S.C. to set up a new checking and savings account. The Truist representative also confirmed that James's account had been logged into by a user other than James. This was the closest branch to James's location on June 7.

• James received a letter from Truist dated June 6, 2023, that indicated the disputed transactions were being removed from his card pending further investigation.

• After removal of the charges, the balance on James's card was

approximately $100.

• On July 16, 2023, James checked his credit card account and noted that the disputed charges were all back on his card and he had a balance of $24,386.46 of which $24,261.16 is fraudulent charges and the remainder of the balance, $125.30, are legitimate charges.

• James called Truist on July 16, 2023, and was told that the disputed charges were being denied.

• Claire also called Truist on July 16, 2023, and was told the same thing as James, the disputed charges were being denied due to inconsistencies in the fraud investigation.

• On July 17 Claire provided a written summary of events to the local Truist branch in Tallahassee seeking to have the charges removed from the credit card. The local branch sought a second review of the disputed charges.

• James received a letter from Truist dated July 12 that stated the disputed charges were being denied.

• July 31 James filed a report with the FTC and Consumer Financial Protection Bureau.

• August 1 James contacted the Bainbridge Police department and filed a report. He was told the case would be referred to an investigator.

• August 1 James received an email from Truist representative Mandy Zahl stating the the Truist Client Advocacy team was currently researching his questions or concerns received on July 31. He emailed her back and provided her with a summary of events. He has not received any other communication from Ms Zahl since August 1.

• On August 8 Claire was informed by the local Truist branch that after a second review of the disputed charges by Truist, the disputed charges were still denied

• On August 14 James received a letter from Truist dated August 6 stating that they had received our request for a further review and after careful consideration they stand by the original denial decision.

• August 14 James received an email (dated August 14) from the Consumer Financial Protection Bureau stating that the company (Truist) had responded that it is still working on your issue.

• On August 16 Claire called Truist and inquired about whether the case was closed given the August 14 email from the Consumer Financial Protection Bureau. She was informed it was closed. She was also given an address to write about the claim.

Screen Shot of Incoming and Outgoing Phone Calls – 6 calls incoming from Truist number between 3:57 & 6:10; 7:05 & 7:11 outgoing call from James to Truist notifying Truist of the fraud. (will not copy -- will try to attach)

Description of Merchants for Fraudulent Charges:
Midtown Mesk by Deyaar is a residential development that offers contemporary designed studios, 1 & 2 bedroom apartments located at the Dubai Production City.

Sastaticket.pk is Pakistan's leading travel booking portal.

## Information About The Subject(s) Who Victimized You

Name:      Claire Harrison
Business Name:

Address:                    8891 Bixler Trl
Address (continued):
Suite/Apt./Mail Stop:
City:                       Tallahassee
Country:                    United States of America
State:                      Florida
Zip Code/Route:             32309
Phone Number:               8505912045
Email Address:              nipzip1210@aol.com
Website:
IP Address:

Name:                       James W. Harrison
Business Name:
Address:                    133 Sweet Gum Drive
Address (continued):
Suite/Apt./Mail Stop:
City:                       Bainbridge
Country:                    United States of America
State:                      Georgia
Zip Code/Route:             39819
Phone Number:               8503200050
Email Address:              jj12329@gmail.com
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

> [No response provided]

Are there any other witnesses or victims to this incident?

> None

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

> Federal Trade Commission, FTC Report Number 162301580, filed 7/31/2023
> Consumer Financial Protection Bureau, Report Number 230731-11655682, filed 7/31/2023
> Bainbridge Police Department, Report Number 20230802130725000005358, filed 8/1/2023

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Claire Harrison

Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window. **This is the only time you will have to make a copy of your complaint.**

FAQs    Disclaimer    Privacy Notice    About IC3



An official website of the United States Government

Consumer Financial
Protection Bureau                (https://www.consumerfinance.gov/)

Submit a complaint  / Complaint filed

# Your complaint

Complaint Number 231107-12447145

## Step 1

### What product or service is your complaint about?

**PRODUCT OR SERVICE**
Credit card

**TYPE**
General-purpose credit card or charge card

## Step 2

### What type of problem are you having?

**ISSUE**
Problem with a purchase shown on your statement

**TYPE OF ISSUE**
Card was charged for something you did not purchase
with the card

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM
WITH THE COMPANY?**
Yes

**DID YOU REQUEST INFORMATION FROM THE
COMPANY?**
No

## Step 3

### What happened?

Background Information • Credit Cardholders: James W Harrison (primary) resides in
Bainbridge, GA and Claire Harrison (co-signor) resides in Tallahassee, FL • Date of Fraud:
June 6, 2023 (possibility June 7 Dubai date) • Bank Issuer of Credit Card: Truist Bank
(Regional US Bank) • Credit card limit: $25,000 (US dollars) • Credit Card number:
552393300513213 Summary of Fraud On or around June 6, 2023, there were 4 fraudulent

activities associated with James W. Harrison's accounts with Truist Bank as follows: 1. Fraudulent charges totaling nearly $25,000 were made to James's credit card on June 6. All charges were foreign; Dubai and Pakistan. These charges were reported as fraud to Truist on June 6 within 3 hours of the charges being posted on his credit card. A summary of charges and related merchants is detailed below. 2. Upon reporting the fraudulent charges to Truist on June 6, we were told by a Truist representative that in the days leading up to June 6, Truist received a call requesting an unauthorized $11,000 increase to the credit limit. Truist denied the request but failed to verify that the request was made by James or notify him of the request. 3. An unauthorized transfer of $4,300 was made from James's saving accounts to his checking account on June 6. James contacted Truist and froze his checking and savings accounts shortly after he was made aware that the unauthorized transfer was made between accounts. His checking and savings accounts were closed on June 7 and new accounts were opened that same day. 4. On June 7, two Truist branch employees (at two different branches) told James that the history of sign-ins to his account included sign-ins from more than one IP address. James only signs into his Truist account from a single device. Details of Credit Card Charges Transaction Date Merchant Name Amount 6/6/2023 Midtown Mesk Deyaar DE $ 9,530.55 Residential developer in Dubai 6/6/2023 Sastaticket PK 637.65 Pakistan travel agent 6/6/2023 Midtown Mesk Deyaar DE 8,169.04 Residential developer in Dubai 6/6/2023 Outfitters 298.29 Retail fashion in Pakistan 6/6/2023 Daraz - Pakistan 30.86 Online fashion in Pakistan 6/6/2023 Limelight 148.74 Retail fashion in Pakistan 6/6/2023 Midtown Mesk Deyaar DE 5,446.03 Residential developer in Dubai Total Fraudulent Charges $ 24,261.16 Response from Truist Upon reporting the fraudulent credit card transactions on June 6 to Truist, the charges were removed from the credit card pending review by Truist. Truist put the charges back on the credit card on July 16. A letter was sent dated July 12 stating "we have not been able to determine that the transaction(s) were fraudulent." Upon our request, a second review of the transactions was initiated. We provided substantial information on the sequence of events on June 6 to Truist for the second review. On August 6, Truist sent a letter stating that their position was unchanged and are holding James responsible for the charges. Our attorney, David Weiss, also sent a letter to Truist demanding that the fraudulent charges be removed as Truist was in violation of the the Fair Credit Billing Act and the Electronic Fund Transfer Act. Truist sent a letter dated September 5 stating "there is no new information concerning this matter, the Bank's position remains unchanged and we consider the associated case resolved and closed." Clear Indicators of Fraud • As outlined by the Fair Credit Billing Act, a reasonable investigation of the transactions is required by the credit card company for unauthorized transactions. Factors outlined in the Fair Billing Act include: o Reviewing the types or amounts of purchases made in relation to the consumer's previous purchasing pattern. o Reviewing where the purchases were delivered in relation to the consumer's residence or place of business. o Reviewing where the purchases were made in relation to where the consumer resides or has normally shopped. • A cursory review of the fraudulent charges show that they are all to merchants located in the United Arab Emirates and Pakistan. Foreign transactions of this nature and amount are inconsistent with previous purchasing patterns. • A total of $23,145.62 of the fraudulent charges were to Midtown Mesk Deyaar DE, a residential developer in Dubai. All of the charges were made on the same day and total just under the $25,000 credit limit. • James does not have a passport (current or expired). • As noted above, the transactions seem very unusual given the customer's typical pattern of behavior. The majority of his purchases are for gas, food and living expenses in the Bainbridge area, or online shopping. James maintains a low balance and rarely has a charge that exceeds $1,000. • On June 7, two employees at Truist (at two different branches) said when they pulled up James's account that they could see where more than one IP address had signed into his account at Truist. • Above all, the transactions were reported immediately to Truist as fraud. James's credit card was canceled and his bank accounts were frozen. • Given the actions taken of immediately reporting the fraud to Truist, the fact that all the transactions were foreign and were large amounts coupled with the fact that more than one IP address had signed into his accounts, it is unclear how Truist could conclude there is no evidence of fraud. As indicated in the opening, there were 4 elements of fraud all related to the credit card fraud in question. Reports Filed • Federal Bureau of

Investigations • Federal Trade Commission • Consumer Financial Protection Bureau • Bainbridge Police Department • Attempted to file a report with the Dubai Police Department. Was told that a non-UAE resident would need to have an official department / authority (agency) in your current location file a report. Claire spoke with the FBI, Consumer Financial Protection Bureau, and the Bainbridge Police Department about filing a report and none would help in this matter. The Consumer Financial Protection Bureau suggested Claire contact the US State Department about filing a report. She was unable to get through to anyone at the State Department. She also spoke with the Tallahassee Police Department (TPD) to see if they would file a report with the Dubai Police Department and TPD stated that since this was clearly fraud, they told Claire she should go to the court house and file suit rather than trying to file a report with the Dubai Police Department.

 **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

The best resolution would be to remove the fraudulent charges from the credit card. These are not my charges and they were reported to Truist immediately. They were initially removed and in approximately 30 days put back on the card. The charges were obviously fraud under the Fair Credit Billing Act. I do not even have a passport. Additionally, I live and work in Bainbridge, GA and do not have a need for a residence in Dubai. I would not need to go to a travel agent in Pakistan to make travel arrangements. Had Truist done a minimal amount of research on these charges they would have made a reasonable conclusion these are fraudulent charges. This is a second report I am filing with CFPB. I talked with a representative with CFPB asking for help in filing a complaint with the Dubai police concerning the fraud with Midtown Mesk and they suggested I file a second report with the CFPB. The representative from CFPB indicated they would not be able to file a report with the Dubai and her only suggestion was to contact the State Department and file a 2nd report with CFPB.

---

#### 2 attachments

View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

Dubia Police Correspondence.pdf (993.2 KB)

2nd CFPB Report.docx (22.3 KB)

---

Complaint Print

## Step 4

### What company is this complaint about?

**COMPANY INFORMATION**

Truist Bank

**CARD NUMBER**

•••••••••••••                    👁

## Step 5

### What people are involved?

**YOUR CONTACT INFORMATION**

James Harrison

jj12329@gmail.com
8503200050

**YOUR DEMOGRAPHIC INFORMATION**
**AGE**

28

**HOUSEHOLD SIZE INCLUDING TOTAL NUMBER OF
ADULTS AND CHILDREN**

1

**COMBINED ANNUAL HOUSEHOLD INCOME**

$50,000 - $74,999

## About us

We're the Consumer Financial Protection Bureau (CFPB), a U.S. government agency that makes sure banks, lenders, and other financial companies treat you fairly.

Learn how the CFPB can help you (https://www.consumerfinance.gov/about-us/the-bureau/)

**HAVE A QUESTION? ¿PREGUNTAS?**

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday - Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

# EXHIBIT H



Attorneys and Counselors at Law
123 South Calhoun Street
P.O. Box 391 32302
Tallahassee, FL 32301

P: (850) 224-9115
F: (850) 222-7560

ausley.com

dweiss@ausley.com

November 9, 2023

**VIA EMAIL AND FACSIMILE**

Truist

Facsimile Number 866-289-6385
creditcarddisputes@truist.com
vanessa.stratton@truist.com

  Re: James W. Harrison and Claire Harrison
     Credit Card Account Number: 5523933005131213
     Case Number: 11/07/2023-8394765

Dear Sir or Madame:

   This firm represents James W. Harrison and Claire Harrison in the above-referenced matter.

   Please find enclosed the Affidavits of James W. Harrison and Claire Harrison, including copies of the reports filed with the Consumer Financial Protection Bureau, Federal Trade Commission, Federal Bureau of Investigation, and Bainbridge Police Department.

   The Affidavits include an authorization to release information to, and communicate directly with, the undersigned regarding this matter.

   Please be advised that my clients are not responsible for and will not pay the fraudulent charges. My clients further hereby demand that Truist immediately remove the fraudulent charges, correct all internal and external records, and cease all collection efforts.

   In addition, my clients demand that Truist provide a notarized statement acknowledging that the charges were due to fraud and that any and all delinquent reporting was done in error.

Truist
Re:    James W. Harrison and Claire Harrison
       Credit Card Account Number: 5523933005131213
       Case Number: 11/07/2023-8394765
November 9, 2023
Page 2

---

In the event you fail to take the forgoing action and illegally attempt to collect the fraudulent charges from my clients, they intend to exercise all rights and remedies afforded under the law, including, without limitation, claims for violations of the Fair Credit Billing Act, the Electronic Fund Transfer Act, and the Fair Debt Collection Practices Act. In all such actions, my clients will be entitled to recover their court costs and attorneys' fees.

Neither this letter, nor any of my clients' actions or omissions, shall constitute a waiver or relinquishment of, or otherwise negatively impact, any of their rights or remedies, all of which are expressly reserved.

If you have any questions or would like to discuss this matter further, my contact information is at the top of the letterhead.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Sincerely,

David J. Weiss

DJW/sls

Enclosures

cc:    James W. Harrison (via email)
      Claire Harrison (via email)

# EXHIBIT I

## AFFIDAVIT OF JAMES W. HARRISON

STATE OF _Georgia_

COUNTY OF _Decatur_

BEFORE ME, the undersigned authority, this day personally appeared JAMES W. HARRISON, who, being by me first duly sworn, deposes and says, under penalty of perjury:

1.     I am over the age of eighteen (18) and am otherwise competent to make the statements in this affidavit.

2.     I have personal knowledge of the facts in this affidavit, they are true and correct and, if called as a witness in this matter, my testimony would be the same as that set forth herein.

3.     I was the holder of a Truist Bank credit card identified by credit card number 5523933005131213 (the "Credit Card"). The Credit Card had a limit of $25,000.

4.     On June 6, 2023, I was the victim of a fraudulent scheme resulting in the following unauthorized charges to the Credit Card (the "Fraudulent Charges"):

**Transaction**

| Date | Merchant Name | Amount | |
|------|---------------|--------|---|
| 6/6/2023 | Midtown Mesk Deyaar DE | $ 9,530.55 | Residential developer in Dubai |
| 6/6/2023 | Sastaticket PK | 637.65 | Pakistan travel agent |
| 6/6/2023 | Midtown Mesk Deyaar DE | 8,169.04 | Residential developer in Dubai |
| 6/6/2023 | Outfitters | 298.29 | Retail fashion in Pakistan |
| 6/6/2023 | Daraz - Pakistan | 30.86 | Online fashion in Pakistan |
| 6/6/2023 | Limelight | 148.74 | Retail fashion in Pakistan |
| 6/6/2023 | Midtown Mesk Deyaar DE | 5,446.03 | Residential developer in Dubai |

$ 24,261.16

5.     I did not make any of the Fraudulent Charges, which total just under the $25,000 credit limit.

6.      All of the Fraudulent Charges were to merchants located in the United Arab Emirates and Pakistan.

7.      I reside in Bainbridge, GA. I do not have a passport. I have never been to the United Arab Emirates, Pakistan, or any other country in the Middle East, and have no intent to go there.

8.      The majority of my purchases are for gas, food, and living expenses in the Bainbridge area, or online shopping. I have always maintained a low balance on the Credit Card and have rarely had a charge that exceeds $1,000.

9.      I reported the fraud to Truist on June 6, 2023, on the same day that it occurred and within three (3) hours of discovering the Fraudulent Charges.

10.     When I reported the fraud to Trust, a Truist representative advised that in the days leading up to June 6, 2023, Truist received a call requesting an unauthorized $11,000 increase to the credit limit of the Credit Card. The representative said that Truist denied the request.

11.     I did not request an increase to the credit limit on the Credit Card and Truist never notified me of the unauthorized request.

12.     If I had been made aware of the unauthorized request, I would have taken measures to ensure that fraud would not be committed against me.

13.     Also on June 6, 2023, an unauthorized transfer of $4,300 was made from my Truist savings accounts to my Truist checking account. Upon becoming aware of the unauthorized transfer, I contacted Truist and froze my checking and savings accounts. I closed my Truist checking and savings accounts on June 7, 2023, and opened new accounts the same day.

14.     One June 7, 2023, two Truist branch employees at two different branches advised that the login history to my account on the date of the Fraudulent Charges included logins by different users from different operating systems. I normally only login to my Truist account from

2

my phone, and on the date of the Fraudulent Charges, I was travelling and only logged in from my phone.

15.    Truist initially removed the Fraudulent Charges pending review. Truist then sent a letter dated July 12, 2023 stating "we have not been able to determine that the transaction(s) were fraudulent." Truist put the charges back on the credit card on July 16, 2023. At my request, a second review of the transactions was initiated. On August 6, 2023, Truist sent a letter stating that its position was unchanged and it is me holding responsible for the charges.

16.    On August 24, 2023, my attorney, David Weiss, sent Truist a letter detailing the fraud and advising that Truist was in violation of the Fair Credit Billing Act and the Electronic Fund Transfer Act.

17.    In the letter, Mr. Weiss also enclosed copies of the following reports that were previously filed with the following agencies:

      a.    Identity Theft Report filed with the Federal Trade Commission;

      b.    Complaint filed with the Consumer Financial Protection Bureau;

      c.    Incident Report filed with the Bainbridge Police Department.

18.    On September 5, 2023, Truist sent a letter to my attorney stating "there is no new information concerning this matter, the Bank's position remains unchanged and we consider the associated case resolved and closed."

19.    I have since filed the following reports with the following agencies:

      a.    Incident Report filed with the Federal Bureau of Investigation;

      b.    Second Complaint filed with the Consumer Financial Protection Bureau.

20.    Enclosed herewith and attached hereto are true and correct copies of the reports that I have filed.

3

21.    I have recently received letters and calls from Truist representatives attempting to collect the Fraudulent Charges.

22.    I did not make the Fraudulent Charges. I have provided more than enough information to substantiate the fraud. Trust has failed to make a reasonable investigation into the transactions and has never explained its position despite the contrary evidence that I have provided.

23.    I hereby authorize Truist Bank to release any and all information related to this matter to, and communicate directly with, my legal counsel:

David J. Weiss
Ausley McMullen
Post Office Box 391
Tallahassee, FL  32302
(850) 224-9115
dweiss@ausley.com

FURTHER AFFIANT SAYETH NAUGHT.

DATED this __9__ day of November, 2023.

_____
JAMES W. HARRISON

STATE OF __GEORGIA__
COUNTY OF __DECATUR__

The foregoing document was sworn to and subscribed before me by (✓) physical presence or ( ) online notarization this _9th_ day of November, 2023, by JAMES W. HARRISON. Such person is (✓) personally known to me or ( ) produced _____ as identification.

_____
NOTARY PUBLIC
My Commission Expires: MARCH 6, 2025

4

## AFFIDAVIT OF CLAIRE HARRISON

STATE OF _Florida_

COUNTY OF _Leon_

BEFORE ME, the undersigned authority, this day personally appeared CLAIRE HARRISON, who, being by me first duly sworn, deposes and says, under penalty of perjury:

1.     I am over the age of eighteen (18) and am otherwise competent to make the statements in this affidavit.

2.     I have personal knowledge of the facts in this affidavit, they are true and correct and, if called as a witness in this matter, my testimony would be the same as that set forth herein.

3.     I was the co-signer of a Truist Bank credit card identified by credit card number 5523-9330-0513-1213 (the "Credit Card"). The Credit Card had a limit of $25,000.

4.     On June 6, 2023, I was the victim of a fraudulent scheme resulting in the following unauthorized charges to the Credit Card (the "Fraudulent Charges"):

| Transaction Date | Merchant Name | Amount | |
|---|---|---|---|
| 6/6/2023 | Midtown Mesk Deyaar DE | $  9,530.55 | Residential developer in Dubai |
| 6/6/2023 | Sastaticket PK | 637.65 | Pakistan travel agent |
| 6/6/2023 | Midtown Mesk Deyaar DE | 8,169.04 | Residential developer in Dubai |
| 6/6/2023 | Outfitters | 298.29 | Retail fashion in Pakistan |
| 6/6/2023 | Daraz - Pakistan | 30.86 | Online fashion in Pakistan |
| 6/6/2023 | Limelight | 148.74 | Retail fashion in Pakistan |
| 6/6/2023 | Midtown Mesk Deyaar DE | 5,446.03 | Residential developer in Dubai |
| | | $ 24,261.16 | |

5.     I did not make any of the Fraudulent Charges, which total just under the $25,000 credit limit.

6.    All of the Fraudulent Charges were to merchants located in the United Arab Emirates and Pakistan.

7.    I reside in Tallahassee, FL. I have never been to the United Arab Emirates, Pakistan, or any other country in the Middle East, and have no intent to go there.

8.    I reported the fraud to Trusit on June 6, 2023, on the same day that it occurred and within three (3) hours of discovering the Fraudulent Charges.

9.    When I reported the fraud to Trust, a Truist representative advised that in the days leading up to June 6, 2023, Truist received a call requesting an unauthorized $11,000 increase to the credit limit of the Credit Card. The representative said that Truist denied the request.

10.    I did not request an increase to the credit limit on the Credit Card and Truist never notified me of the unauthorized request.

11.    If I had been made aware of the unauthorized request, I would have taken measures to ensure that fraud would not be committed against me.

12.    One June 7, 2023, two Truist branch employees at two different branches advised that the login history to my account on the date of the Fraudulent Charges included logins by different users from different operating systems. I did not login to the account on the date of the Fraudulent Charges.

13.    Truist initially removed the Fraudulent Charges pending review. Truist then sent a letter dated July 12, 2023 stating "we have not been able to determine that the transaction(s) were fraudulent." Truist put the charges back on the credit card on July 16, 2023. At my request, a second review of the transactions was initiated. On August 6, 2023, Truist sent a letter stating that its position was unchanged and it is me holding responsible for the charges.

2

14.    On August 24, 2023, my attorney, David Weiss, sent Truist a letter detailing the fraud and advising that Truist was in violation of the Fair Credit Billing Act and the Electronic Fund Transfer Act.

15.    In the letter, Mr. Weiss also enclosed copies of the following reports that were previously filed with the following agencies:

      a.    Identity Theft Report filed with the Federal Trade Commission;

      b.    Complaint filed with the Consumer Financial Protection Bureau;

      c.    Incident Report filed with the Bainbridge Police Department.

16.    On September 5, 2023, Truist sent a letter to my attorney stating "there is no new information concerning this matter, the Bank's position remains unchanged and we consider the associated case resolved and closed."

17.    I have since filed the following reports with the following agencies:

      a.    Incident Report filed with the Federal Bureau of Investigation;

      b.    Second Complaint filed with the Consumer Financial Protection Bureau.

18.    Enclosed herewith and attached hereto are true and correct copies of the reports that I have filed.

19.    I have recently received letters and calls from Truist representatives attempting to collect the Fraudulent Charges.

20.    I did not make the Fraudulent Charges. I have provided more than enough information to substantiate the fraud. Trust has failed to make a reasonable investigation into the transactions and has never explained its position despite the contrary evidence that I have provided.

21.    I hereby authorize Truist Bank to release any and all information related to this matter to, and communicate directly with, my legal counsel:

3

David J. Weiss
Ausley McMullen
Post Office Box 391
Tallahassee, FL 32302
(850) 224-9115
dweiss@ausley.com

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 8th day of November, 2023.

CLAIRE HARRISON

STATE OF FL
COUNTY OF Leon

The foregoing document was sworn to and subscribed before me by (✓) physical presence or (__) online notarization this 8th day of November, 2023, by CLAIRE HARRISON. Such person is (__) personally known to me or (__) produced Drivers License as identification.

NOTARY PUBLIC
My Commission Expires:



GABRIELLE FROMETA
MY COMMISSION # HH 457940
EXPIRES: October 24, 2027

4

# EXHIBIT

# J

# TRUIST ☐

Client Advocacy
P.O. Box 85024
Richmond, VA 23285-5024
Tel 844-4TRUIST

Vanessa Statton
Client Resolution Senior Specialist

November 21, 2023

James W Harrison
133 Sweet Gum Dr.
Bainbridge, GA 39819-7403

Re:     Truist Credit Card Account ending in 1213
        Claim C-47565
        Consumer Financial Protection Bureau (CFPB) Case 231107-12447145

Dear Mr. Harrison:

We have received and reviewed your correspondence forwarded to us from the CFPB regarding Truist's decision to decline the claim referenced above. I appreciate the opportunity to respond.

Our records show that our Fraud Assistance Center notified you in a letter dated July 12, 2023 (copy enclosed) that Claim C-47565 filed on June 6, 2023 for eight transactions totaling $24,356.75 had been denied.

We have fully researched and previously addressed your concerns in our letter dated August 14, 2023 (copy enclosed). Given that there is no new information concerning this matter, the Bank's position remains unchanged, and we consider the associated case resolved and closed.

Mr. Harrison, we understand this is not the resolution you are seeking from Truist. Should you have any questions regarding your claim, please contact Account Security and Claims at 866-472-9786. A representative will be glad to speak with you.

Sincerely,

*Vanessa Statton*

Vanessa Statton
Client Resolution Senior Specialist
Consumer Regulatory & Executive Services Team

Enclosures

Copy to:     Consumer Financial Protection Bureau

# EXHIBIT K

# TRUIST ⊞

Client Advocacy
P.O. Box 85024
Richmond, VA  23285-5024
Tel 844-4TRUIST

Kayla Livingston
Officer
Client Resolution Senior Specialist

February 26, 2024

David Weiss
Attorneys and Counselors at Law
123 South Calhoun Street
Tallahassee, FL  32301

RE: James W. Harrison and Claire Harrison
    Truist Credit Card Account ending in 1213
    Claim C-47565
    Case 12/20/2023-8619949

Dear Mr. Weiss:

We have received and reviewed your correspondence regarding Mr. and Mrs. Harrison. Thank you for sharing your concerns and allowing us the opportunity to respond.

We have fully researched and previously addressed the issues raised. Given that there is no new information concerning this matter, the Bank's position remains unchanged, and we consider the associated case resolved and closed.

Sincerely,

*Kayla Livingston*
Kayla Livingston
Officer, Client Resolution Senior Specialist
Client Advocacy

Enclosures

# EXHIBIT L



Truist Operations Center
P.O. BOX 819
Wilson, NC 278940819



JAMES W HARRISON
133 SWEET GUM DR
BAINBRIDGE, GA 398197403

October 24, 2023

Regarding your Credit Card account ending in: 1213
Current balance:   $24,998.31
Past due amount:  $1,097.00

Dear JAMES W HARRISON,

We recently sent you a letter letting you know that we didn't receive your payment for the account referenced above by the due date. According to our records, you have not responded and your account remains past due.

We encourage you to pay the past due amout of $1,097.00 promptly to bring your account current and avoid further late fees.

You can make **a same-day payment at Truist Online Banking** or by **calling us at 800-289-6385**. We can help you make a payment by phone. If you've already made a payment, we thank you and you may disregard this letter.

If you're experiencing financial difficulties and are unable to make your payment immediately or have questions regarding this letter, please call us today at 800-289-6385 or TDD 888-833-4228. We look forward to working with you to resolve your past due account.

Thank you,

Truist Card Services

### NOTICE OF FURNISHING NEGATIVE INFORMATION

We may report information about your account to a credit bureau. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please see important information on the next page.**

Enclosure(s): Important Federal and State Disclosures.

Truist Bank, Member FDIC. © 2021 Truist Financial Corporation. Truist, the Truist logo, and Truist Purple are service marks of Truist Financial Corporation.

CORL8014     -623

1677



page 1 of 2

Truist Operations Center
P.O. BOX 819
Wilson, NC 278940819



CLAIRE HARRISON
133 SWEET GUM DR
BAINBRIDGE, GA 398197403

October 24, 2023

Regarding your Credit Card account ending in: 1213
Current balance:   $24,998.31
Past due amount: $1,097.00

Dear CLAIRE HARRISON,

We recently sent you a letter letting you know that we didn't receive your payment for the account referenced above by the due date. According to our records, you have not responded and your account remains past due.

We encourage you to pay the past due amout of $1,097.00 promptly to bring your account current and avoid further late fees.

You can make **a same-day payment at Truist Online Banking** or by **calling us at 800-289-6385**. We can help you make a payment by phone. If you've already made a payment, we thank you and you may disregard this letter.

If you're experiencing financial difficulties and are unable to make your payment immediately or have questions regarding this letter, please call us today at 800-289-6385 or TDD 888-833-4228. We look forward to working with you to resolve your past due account.

Thank you,


Truist Card Services

### NOTICE OF FURNISHING NEGATIVE INFORMATION


We may report information about your account to a credit bureau. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please see important information on the next page.**


Enclosure(s): Important Federal and State Disclosures.


Truist Bank, Member FDIC. © 2021 Truist Financial Corporation. Truist, the Truist logo, and Truist Purple are service marks of Truist Financial Corporation.


CORL8014    -623


Truist Operations Center
P.O. BOX 819
Wilson, NC 278940819

 **TRUIST**

JAMES W HARRISON
133 SWEET GUM DR
BAINBRIDGE, GA 398197403

November 25, 2023

Regarding your Credit Card account ending in: 1213
Current balance: $25,387.48
Past due amount: $1,717.00

JAMES W HARRISON,

We have contacted you several times in the past two months to secure payment of the past due amount, however your account listed above remains seriously delinquent.

We understand that unexpected financial difficulties can happen, and we are committed to working with our clients during times of financial hardship. We are reaching out to attempt to make arrangements with you to pay the past due amount on your credit card account.

Please call us at 800-995-9070 within 15 days of the date of this letter to discuss possible payment arrangements. You may be eligible for a lower Annual Percentage Rate (APR), elimination of late payment or overlimit fees, more manageable monthly payments, or to potentially settle the balance on your account for less than the total amount owed.

If you prefer to pay the past due amount of $1,717.00 now, please call us at 800-995-9070 and we can help you make a payment by phone.

Please contact us promptly. We're committed to working with you to resolve this past due payment.

Thank you,

Truist Card Services

## NOTICE OF FURNISHING NEGATIVE INFORMATION

We may report information about your account to a credit bureau. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Truist Bank, Member FDIC. © 2021 Truist Financial Corporation. Truist, the Truist logo, and Truist Purple are service marks of Truist Financial Corporation.

L8020

9000



Truist Operations Center
P.O. BOX 819
Wilson, NC 278940819



CLAIRE HARRISON
133 SWEET GUM DR
BAINBRIDGE, GA 398197403

November 25, 2023

Regarding your Credit Card account ending in: 1213
Current balance: $25,387.48
Past due amount: $1,717.00

CLAIRE HARRISON,

We have contacted you several times in the past two months to secure payment of the past due amount, however your account listed above remains seriously delinquent.

We understand that unexpected financial difficulties can happen, and we are committed to working with our clients during times of financial hardship. We are reaching out to attempt to make arrangements with you to pay the past due amount on your credit card account.

Please call us at 800-995-9070 within 15 days of the date of this letter to discuss possible payment arrangements. You may be eligible for a lower Annual Percentage Rate (APR), elimination of late payment or overlimit fees, more manageable monthly payments, or to potentially settle the balance on your account for less than the total amount owed.

If you prefer to pay the past due amount of $1,717.00 now, please call us at 800-995-9070 and we can help you make a payment by phone.

Please contact us promptly. We're committed to working with you to resolve this past due payment.

Thank you,

Truist Card Services

## NOTICE OF FURNISHING NEGATIVE INFORMATION

We may report information about your account to a credit bureau. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Truist Bank, Member FDIC. © 2021 Truist Financial Corporation. Truist, the Truist logo, and Truist Purple are service marks of Truist Financial Corporation.

L8020